UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER CAIN and JACQUELINE THOMAS,

    Plaintiffs,

v

Case No. 04-74376
HON: ANNA DIGGS TAYLOR

MICHAEL RUSSELL, AUBREY SERGENT,
and CITY OF DETROIT,

    Defendants.

## STIPULATION TO DISMISS CAUSE

The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said cause with prejudice and without costs and attorney fees to any party.

_____
**AMOS WILLIAMS P39118**
Attorney for Plaintiffs
615 Griswold, #1115
Detroit, MI 48226
(313) 963-5222

_____
**MARION R. JENKINS P26257**
Attorney for Defendants
1650 First National Building
Detroit, MI 48226
(313) 237-3032

_____
**THOMAS W. STEPHENS P39503**
Co-counsel for Plaintiffs
4595 Hereford Street
Detroit, MI 48224
(313) 885-8857

**AMENDED**

## ORDER TO DISMISS CAUSE

At a session of the said Court held in the Courthouse, City of Detroit, County of Wayne, Michigan on **DEC - 1 2005**

Present: Honorable **ANNA DIGGS TAYLOR**
                            District Court Judge

Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party; all pending claims are hereby resolved and this case is now closed.

_____
District Court Judge

04-74376

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Amended Order to Dismiss Cause* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail (all copies mailed to Marion R. Jenkins) disclosed on the Notice of Electronic Filing on **December 1, 2005.**

                                        s/Johnetta M. Curry-Williams
                                        Case Manager: 313-234-5107